445 A.2d 205

Prestegiacomo et vir. v. Jones, Appellant.

Argued May 21, 1981.  Maury D. Nusbaum, for appellant;  Daniel Berger, for appellees.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

445 A.2d 205

Southeast Nat'l Bank v. Ostroff, Appellant.

Argued March 31, 1981.  Lester H. Novack, for appellant; Stephen H. Palmer, for appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

Order affirmed.